FRANK J. QUINN, respondent,

*v.*

ANNA M. LEIDINGER, appellant.

[Decided May 16th, 1932.]

*Mr. George R. Sommer,* for the respondent.

*Mr. John A. Bernhard,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *107 N. J. Eq. 188.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.